Jonathan D. Kintzele (SBN 316482)
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5000
Facsimile:  310.552.5001
*Jonathan.Kintzele@klgates.com*

Daniel M. Eliades
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile:  973.848.4001
*Daniel.Eliades@klgates.com*

Attorneys for Plaintiff Wyndham Vacation Resorts, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,
### WESTERN DIVISION

|  |  |
|---|---|
| WYNDHAM VACATION RESORTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIMESHARE RELIEF, INC., also known as TIME SHARE RELIEF, INC.,  a California corporation,<br><br>Defendant. | Case No. 18-cv-09306-CJC-AFM<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST TIMESHARE RELIEF, INC., also known as TIME SHARE RELIEF, INC.** |

**To the Clerk of the United States District Court for the Central District of California:**

As provided by Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Wyndham Vacation Resorts, Inc. ("WVR") requests that the Clerk enter the default of

1

RECYCLED PAPER

the Defendant, Timeshare Relief, Inc. also known as Time Share Relief, Inc. ("TSR") for failure to plead or otherwise defend against this action in a timely manner.

1.    As evidenced by the proof of service on file with this Court, TSR was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 9, 2019 (ECF No. 19).

2.    The applicable time limit for TSR to appear or otherwise respond to this action expired on January 30, 2019.

TSR has failed to plead or otherwise respond to the complaint. This request is based on the attached Declaration of counsel for the WVR.

Dated: February 4, 2019                    Respectfully submitted,

                                           K&L Gates, LLP

                                           By:    /s/ Jonathan Kintzele
                                                  DANIEL M. ELIADES
                                                  JONATHAN KINTZELE
                                                  Attorneys for Plaintiff
                                                  WYNDHAM VACATION
                                                  RESORTS, INC.

**RECYCLED PAPER**

**APPLICATION FOR ENTRY OF DEFAULT BY CLERK F.R.Civ.P. 55(a)**

## DECLARATION OF DANIEL M. ELIADES

I, Daniel Eliades, declare as follows:

1.     I am a partner with the law firm of K&L Gates LLP, attorneys of record in this matter for Plaintiff, Wyndham Vacation Resorts, Inc. ("WVR"). I submit this Declaration in support of Plaintiff's Application for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

2.     I have personal knowledge of the facts set forth herein and, if called upon as a witness could and would testify competently under oath as to all such facts.

3.     Defendant, Timeshare Relief, Inc. also known as Time Share Relief, Inc. ("TSR"), was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 9, 2019, when David MacMillan, registered agent for service of process for TSR, appeared at our office for a deposition in the matter of *WVR v. David MacMillan and Cynthia Martin*, consolidated adversary proceeding, Case No. 17-ap-01229.

4.     During that deposition, I personally served by hand David MacMillan with the summons and complaint. This is evidenced by the proof of service on file with this Court (ECF No. 23).

5.     Under Rule 12, TSR was required to plead or otherwise respond to the complaint by January 30, 2019.

6.     The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

7.     TSR has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

8.     I have attached to this declaration as Exhibit A a true and correct copy of the amended proof of service on file with this Court for the above-named Defendants.

//
//
//
//

3

1     //

2          I declare under penalty of perjury that the foregoing is true and correct.

3

4    Dated: February 4, 2019                    Respectfully submitted,

5                                                K&L Gates, LLP

6
                                                 By:    /s/ Jonathan Kintzele
7                                                       JONATHAN KINTZELE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPLICATION FOR ENTRY OF DEFAULT BY CLERK F.R.Civ.P. 55(a)**

**RECYCLED PAPER**

# EXHIBIT A

Jonathan D. Kintzele (SBN 316482)
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
*Jonathan.Kintzele@klgates.com*

Daniel M. Eliades
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
*Daniel.Eliades@klgates.com*

Attorneys for Plaintiff Wyndham Vacation Resorts, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,
## WESTERN DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TIMESHARE RELIEF, INC., also known as TIME SHARE RELIEF, INC., a California corporation,<br><br>Defendant. | Case No. 18-cv-09306-CJC-AFM<br><br>**AMENDED PROOF OF SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4 (h)(1)(a)**<br><br>Judge: Hon. Cormac J. Carney |

1

**PROOF OF SERVICE**

RECYCLED PAPER

## CERTIFICATE OF SERVICE PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 4

Case No.18-cv-09306-CJC-AFM

I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, CA 90067.

On January 9, 2019, pursuant to Federal Rule of Civil Procedure 4(h)(1)(a), I served copies of the following the documents:

- **SUMMONS IN A CIVIL ACTION AND COMPLAINT**
- **COMPLAINT**
- **NOTICE OF ASSIGNMENT**
- **CERTIFICATION AND NOTICE OF INTEREST PARTIES**
- **CIVIL COVER SHEET**
- **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**

Party served:
TIMESHARE RELIEF, INC., also known as
TIME SHARE RELIEF, INC.

Person served:
David MacMillan, Registered Agent for Service of Process,
Timeshare Relief, Inc., also known as Time Share Relief, Inc.

Address where the party was served:

10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067

I served the party above by personal service:

I am an attorney at K&L Gates, LLP, which also represents Plaintiff Wyndham Vacation Resorts, Inc. in the bankruptcy cases of David MacMillan and Cynthia Martin, substantively consolidated under Case No. 2:16-bk-21559-NB,

2

**PROOF OF SERVICE**

RECYCLED PAPER

1   pending in the United States Bankruptcy for the Central District of California; and (b)
2
3   the matter of Wyndham Vacation Resorts, Inc. v. David MacMillan and Cynthia
4   Martin, consolidated adversary proceeding, Case No. 17-ap-01229, (the "<u>WVR</u>
5   <u>Adversary Proceeding</u>"), pending in the United States Bankruptcy for the Central
6
7   District of California.

8       David MacMillan, registered agent for service of process for TimeShare Relief,
9   Inc., appeared at our offices today, January 9, 2019, for a deposition in the WVR
10  Adversary Proceeding. During that deposition, I personally served by hand David
11
12  MacMillan with the summons, complaint, and adjoining documents listed above.

13      I declare under penalty of perjury under the laws of the State of California and
14
15  under the laws of the United States of America that the foregoing is true and correct.

16      Executed on February 4, 2019, at Newark, New Jersey.

17
18
    Daniel M. Eliades
19  _____              _____
20
21
22
23
24
25
26
27
28

3

**PROOF OF SERVICE**

RECYCLED PAPER

1

**<u>CERTIFICATE OF SERVICE</u>**

2

18-cv-09306-CJC-AFM

3

4

     I am employed in the county of Los Angeles, State of California.  I am over the

5

age of 18 and not a party to the within action; my business address is: K&L GATES

6

LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA  90067.

     On February 4, 2019, I served the document(s) described as:

7

8

  **1. APPLICATION FOR ENTRY OF DEFAULT AGAINST TIMESHARE**
     **RELIEF, INC., also known as TIME SHARE RELIEF, INC**

9

  **2. DECLARATION OF DANIEL M. ELIADES**
  **3. AMENDED PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

10

on the interested parties in this action by delivering a true copy thereof enclosed in

11

sealed envelope(s) addressed as follows:

12

13

Registered Agent for Service of Process for Defendant TSR,
        David MacMillian

14

        201 Spindrift Dr.
        Rancho Palos Verdes, CA 90275

15

16

☑  **BY MAIL**:  I placed for collection and processing such envelope(s) to be
     deposited in the mail at Los Angeles, California with postage thereon fully

17

     prepaid to the office of the addressee(s) as indicated above.  I am "readily
     familiar" with this firm's practice of collection and processing correspondence

18

     for mailing.  It is deposited with the U.S. Postal Service on that same day, with
     postage fully prepaid, in the ordinary course of business herein attested to.  I

19

     am aware that on motion of party served, service is presumed invalid if postal
     cancellation date or postage meter date is more than one day after the date of

20

     deposit for mailing in affidavit.

21

22

     I declare under penalty of perjury under the laws of the United States of

23

America that the foregoing is true and correct.

24

     Executed on February 4, 2019, at Los Angeles, California.

25

26

27

_____

28

Jonathan D. Kintzele

2

**PROOF OF SERVICE**

RECYCLED PAPER

302834027 v1