# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WYNDHAM VACATION RESORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMESHARE RELIEF, INC., <br><br> Defendant. | Case No.: CV 18-09306-CJC(AFMx) <br><br> AMENDED JUDGMENT |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Wyndham Vacation Resorts ("Wyndham") against Defendant Timeshare Relief, Inc. ("TSR"), in accordance with the terms of the Court's Orders granting in part Plaintiff's motion for default judgment and granting in part and denying in part Plaintiff's motion for reconsideration.

The Court **AWARDS** Plaintiff $8,194,254.79 in damages, $167,485.09 in attorneys' fees, and post-judgment interest to the extent permitted by 28 U.S.C. § 1961.

DATED: February 14, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE