```
                                                    FILED
                                              CLERK, U.S. DISTRICT COURT

                                                   12/30/2020

                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY:      CW          DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMESHARE RELIEF, INC., <br><br> Defendant. | Case No.: CV 18-09306-CJC(AFMx) <br><br> **SECOND AMENDED JUDGMENT** |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Wyndham Vacation Resorts ("Wyndham") and against Defendant Timeshare Relief, Inc. ("TSR"), in accordance with the terms of the Court's orders granting Plaintiff's motion for partial default judgment, (Dkt. 44), granting in part and denying in part Plaintiff's motion for reconsideration, (Dkt. 54), and granting Plaintiff's motion for entry of final judgment.

1       The Court **AWARDS** Plaintiff $25,000,000 in total monetary damages.

3   DATED: December 30, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE